# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT DANFORD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECTQUOTE INSURANCE SERVICES, INC.<br><br>Defendant. | Case No. 1:21-cv-20359-KMM<br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL

Plaintiff Robert Danford and Defendant Selectquote Insurance Services, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: August 27, 2021

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative class*

/s/ Monica L. Irel
Monica L. Irel, Esq.
Florida Bar No. 0142395
Dentons US LLP
10700 North Kendall Drive, Ste. 303
Miami, FL 33176

305-537-0008
monica.irel@dentons.com

Dayle Marie Van Hoose
Florida Bar No. 0016277
Sessions, Israel & Shartle, LLC
3350 Buschwood Park Drive
Suite 195
Tampa, FL 33618
813-890-2463
dvanhoose@sessions.legal

*Attorneys for Defendant*
*SelectQuote Insurance Services, Inc.*

2